# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| RICHARD H. TRIPLETT, ) <br> Reg # 22612-047 ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> ANTHONY HAYNES, Warden, ) <br> FCI – Forrest City ) <br>     Respondent. ) | **Case No. 2:13-CV-00041 SWW-JTK** |

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, judgment shall be entered dismissing this complaint with prejudice.

IT IS SO ORDERED this 30th day of June, 2014.

/s/Susan Webber Wright
United States District Judge