## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| RICHARD H. TRIPLETT, )<br>Reg # 22612-047 )<br>　　Petitioner, ) | **Case No. 2:13-CV-00041 SWW-JTK** |
| )<br>)<br>v. )<br>) | |
| ANTHONY HAYNES, Warden, )<br>FCI – Forrest City )<br>　　Respondent. ) | |

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 30th day of June, 2014.

　　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright

　　　　　　　　　　　　　　　　　　　United States District Judge